IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:11-cv-00230-D

DENTINA HALL, Administrator of the Estate )
of LORINER F. LANIER, Deceased, )
)
             Plaintiff, )
) MODIFIED
v. ) SCHEDULING ORDER
)
SSC WALLACE OPERATING COMPANY LLC, )
SSC SUBMASTER HOLDINGS, LLC, )
SAVASENIORCARE ADMINISTRATIVE )
SERVICES, LLC, and )
SAVASENIORCARE CONSULTING, LLC, )
)
             Defendants. )
)

With the consent of the parties, IT IS HEREBY ORDERED THAT:

WHEREAS, the parties in this action have been conducting discovery diligently and in good faith under the terms of the Court's April 3, 2012 Scheduling Order.

WHEREAS, the parties acknowledge and agree that limited extension of time are needed with respect to the deadline for completing discovery.

WHEREAS, a trial date has not yet been set in this matter.

Accordingly, the following deadlines shall take effect:

1. All discovery shall be completed by April 28, 2013.

2. All of the other terms of the Court's April 3, 2012 Scheduling Order shall remain in place.

SO ORDERED. This the __9__ day of January 2013.

                                            James C. Dever III
                                            Chief United States District Judge