UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CV-00230-D

| | |
|---|---|
| DENTINA HALL, ) | |
| Administrator of the Estate of ) | |
| Loriner F. Lanier, Deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SSC WALLACE OPERATING COMPANY ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court upon Plaintiff's motion to compel (DE-69) from Defendant SSC Wallace Operating Company LLC documents and information responsive to her first set of requests for admission, interrogatories and requests for production of documents served July 6, 2013. Plaintiff certifies she has made a good faith effort to resolve the discovery dispute. In its response, Defendant indicates that since the motion to compel was filed, it has now produced all documents and addressed each specific area of concern identified by Plaintiff's counsel. As such, Defendant asserts that "the discovery issues raised in Plaintiff's Motion to Compel have been resolved, and Plaintiff's motion is moot." Def.'s Resp. 3, DE-71.

1

Counsel for Defendant, as an officer of this Court, has certified that the discovery issues raised in Plaintiff's motion to compel have been resolved and that the instant motion to compel is therefore moot. It appearing that the motion to compel is now moot, the motion to compel (DE-69) is DENIED WITHOUT PREJUDICE. Plaintiff may re-file the motion to compel if she believes that the newly-produced discovery is incomplete. If a subsequent motion to compel proves meritorious, Defendant is cautioned that the Court will impose sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 1st day of April, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE